## HANNAH LESTER *vs.* JOHN LESTER.

A writ against one personally may be amended by leave of court, so as to charge him in his capacity as administrator.

ACTION OF CONTRACT by a daughter of Silas Lester to recover the support provided in the will of her father.   The writ wa against the defendant personally, and his estate was attached thereon.   The plaintiff moved to amend so as to charge the defendant as administrator, with the will annexed, of Silas Lester. *Bigelow*, J. reserved the motion for the consideration of the full court, who allowed the amendment, upon the terms that the plaintiff should discharge her attachment and pay costs to this time, and, in case she should finally prevail, should take no costs up to this time.

*J. Price*, for the plaintiff.

*I. Sumner*, for the defendant.

## THOMAS MAHER *vs.* GEORGE DOUGHERTY.

In an action for the price of intoxicating liquors, the declaration need not state that the sale was authorized by law.

ACTION OF CONTRACT for goods sold by the plaintiff to the defendant, which appeared by the bill of particulars filed with the declaration to be spirituous and intoxicating liquors, sold at various times extending from September 9th 1854 to March 21st 1856.   The defendant demurred to the declaration, because it did not state that the liquors were sold within any of the exceptions of the statutes of this commonwealth prohibiting the sale of intoxicating liquors.   The court of common pleas overruled the demurrer, and the defendant excepted.

*J. Price*, for the defendant.

THE COURT, without calling upon *J. T. Robinson*, for the plaintiff,                              *Overruled the exceptions.*